

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

IN RE: [Debtor(s) name(s)]  )  Case No. 09-30503-A-7
Manuela Calderon )
)
)
)
) **FILED**
Debtor(s). )
) OCT 14 2011
) UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

## MOTION TO REOPEN CASE

The debtor(s) name(s) is/are:

Manuela Calderon _____, and

I/we ask the Court to reopen the chapter __7__ (chapter #, e.g., 7, 9, 11, 12, 13, 15) bankruptcy case, for the following reason(s):

I want to finish my bankruptcy case. I have been struggling with many life stresses and that has made it difficult for me. I thought everything was taken care of and now I am trying to follow-up for a discharge.

The debtor(s) respectfully ask the Court to reopen the case for the reason(s) stated above.

DATED: 9/29/2011

_____
Debtor's signature

_____
Joint Debtor's signature